IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD D. ROSS,<br><br>             Plaintiff,<br><br>   v.<br><br>SFGH et al.,<br><br>             Defendants. | No. C -13-04783(EDL)<br><br>**REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISS WITHOUT PREJUDICE** |

Plaintiff Leonard D. Ross filed his complaint and Application to Proceed In Forma Pauperis on October 15, 2013.[1] As of this date, Plaintiff has not consented to or declined magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). For the reasons set forth below, the Court issues this Report and Recommendation recommending that the District Court grant Plaintiff's application to proceed in forma pauperis, and dismiss Plaintiff's complaint with leave to amend.

Under 28 U.S.C. § 1915(a), "[a]ny court of the United States may authorize the commencement . . . of any suit . . . without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." In reviewing an application to proceed in forma pauperis, the court may dismiss a case if the court determines that the party applying for in forma pauperis status has filed a frivolous action or that the action fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2); Jackson v. Arizona, 885 F.2d 639, 640 (9th Cir. 1989). Dismissal on these grounds is often made sua sponte prior to the issuance of process, so as to spare prospective defendants the inconvenience and expense of answering such complaints. Neitzke v. Williams, 490 U.S. 319, 324 (1989).

---

[1] On October 16, Plaintiff filed a "Fee Waiver Form," which appears to be a state court order. To the extent this can be deemed a request to proceed without payment of fees, it is duplicative of Plaintiff's Application to Proceed In Forma Pauperis.

Plaintiff's Application to Proceed In Forma Pauperis, although incomplete in some respects, adequately alleges Plaintiff's poverty. Plaintiff states that he is not currently employed and there is no indication that he has been employed. His only sources of income are state and federal welfare payments; he has no cash; and he owns a car but not a home. His monthly expenses appear to comprise a significant portion of his monthly income. Plaintiff's Application to Proceed In Forma Pauperis should therefore be granted.

However, under 28 U.S.C. § 1915(e)(2)(B), the Court is required to dismiss an action that fails to state a claim upon which relief may be granted. Here, the handwritten portion of Plaintiff's complaint is largely unintelligible and does not state any clear claims against Defendants, who do not appear to be related to each other. The typewritten portion of Plaintiff's complaint is for "prohibited detainer" and "breach of promise to fix and/or repair" but does not adequately state any claims against Defendants. Most importantly, Plaintiff's complaint does not provide a basis for federal subject matter jurisdiction. In sum, Plaintiff's complaint fails to include a "short and plain statement of the claim showing that the pleader is entitled to relief" as required by Federal Rule of Civil Procedure 8(a)(2). Plaintiff's complaint should therefore be dismissed. Because Plaintiff is proceeding pro se, the Court recommends giving him an opportunity to amend his complaint to comply with the Federal Rules of Civil Procedure and federal jurisdictional requirements. Plaintiff is encouraged to obtain the Handbook for Litigants Without a Lawyer, which is available in the clerk's office at 450 Golden Gate Avenue, San Francisco, California, or on the Court's website (www.cand.uscourts.gov).

Any party may serve and file specific written objections to this recommendation within fourteen (14) days after being served with a copy. See 28 U.S.C. § 636(b)(1)©; Fed. R. Civ. P. 72(b); Civil Local Rule 72-3. Failure to file objections within the specified time may waive the right to appeal the District Court's order.

Dated: November 14, 2013



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEONARD D. ROSS,

        Plaintiff,

  v.

SFGH ET AL et al,

        Defendant.

Case Number: CV13-04783 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard D. Ross
2451 Sacramento Street, Apt. 908
San Francisco, CA 94115

Dated: November 15, 2013

                            Richard W. Wieking, Clerk
                            By: Lisa R Clark, Deputy Clerk