1 | Leonard D. Ross
**Name and Address**
2 | 2451 Sacramento St Apt 906
3 | San Francisco, CA 94115-7801

FILED
2013 DEC -3 A 9:14
W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No. 13 CV 4783 JSW

Leonard D. Ross
**Plaintiff / Petitioner**

VS.

S.F.G.H., S.F.H.A. etal
**Defendant / Respondent**

Document Name:
Request For E-Filing

**GRANTED**
*Jeffrey S. White*
Judge Jeffrey S. White

Dated: December 5, 2013