IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD D. ROSS,

    Plaintiff,

v.

SFGH, ET AL,

    Defendants.

No. C 13-04783 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**

On November 14, 2013, Magistrate Judge Laporte issued a Report and Recommendation, in which she recommended that Plaintiff's complaint be dismissed with leave to amend. Plaintiff has not filed an objection to the Report and Recommendation within the time required by Federal Rule of Civil Procedure 72. The Court has reviewed Magistrate Judge Laporte's Order and finds it thorough and well reasoned. Accordingly, Court adopts Magistrate Judge Laporte's Report and Recommendation that Plaintiff's complaint be dismissed with leave to amend. Plaintiff shall file an amended complaint by no later than February 7, 2014. Failure to file an amended complaint that complies with the Federal Rules of Civil Procedure and federal jurisdictional requirements shall result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: January 8, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEONARD D. ROSS,

    Plaintiff,

v.

SFGH ET AL et al,

    Defendant.

Case Number: CV13-04783 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard D. Ross
2451 Sacramento Street, Apt. 908
San Francisco, CA 94115

Dated: January 8, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk